# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN F. RAMOS,<br><br>Defendant. | Case No. 1:13-mj-00195-SAB-1<br><br>ORDER CONTINUING REVIEW HEARING TO OCTOBER 15, 2015 AND REQUIRING DEFENDANT TO SUBMIT FINANCIAL INFORMATION |

Defendant Julian F. Ramos entered a plea on November 21, 2013 and was sentenced to one year of unsupervised probation, fines of $950.00 fine and penalty assessments of $20.00. (ECF No. 8.) Defendant was ordered to make monthly payments of $50.00. A review hearing was held on August 7, 2014, and Defendant was found to be out of compliance due to failure to pay his fines. Defendant's probation was extended November 21, 2015. (ECF No. 11.) On May 7, 2015, a second review hearing was held and Defendant was ordered to appear for a third review hearing on September 3, 2015. (ECF No. 17.) On August 20, 2015, Defendant submitted a status report indicating that he is still out of compliance with the terms of his probation as he has made no payments since his last review hearing. (ECF No. 12.)

Based on Defendant's lack of compliance with regard to his financial obligation, the review hearing set for September 3, 2015 shall be continued to October 15, 2015. On or before September 30, 2015, Defendant shall provide to the Court all his financial records, including but

not limited to copies of all bank statements, credit card statements, check registers, pay stubs, public assistance payments, etc. from the date of sentencing to the present.

Accordingly, IT IS HEREBY ORDERED that:

1. The review hearing set for September 3, 2015 is CONTINUED to **October 15, 2015 at 10:00 a.m.** in Courtroom 9;

2. Defendant shall personally appear at the October 15, 2015 hearing;

3. **On or before September 30, 2015**, Defendant shall submit copies of all financial records from the date of sentencing to the present; and

4. Failure to comply with this order will result in a revocation of Defendant's probation.

IT IS SO ORDERED.

Dated: __**August 27, 2015**__

UNITED STATES MAGISTRATE JUDGE

2