# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        Plaintiff, v. JULIAN F. RAMOS,        Defendant. | Case No. 1:13-mj-00195-SAB **DEFENDANT'S _SUPPLEMENTAL_ STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**  (1) Driving when privilege suspended for driving under the influence of alcoholic beverage or drug, in violation of 36 C.F.R. § 4.2 (CVC 14601.2(a)); (2) Driving without a license, in violation of 36 C.F.R. § 4.2 (CVC 12500(a))

**Sentence Date:**  November 21, 2013

**Review Hearing Date:**  September 3, 2015

**Probation Expires On:**  November 21, 2015

## _CONDITIONS OF UNSUPERVISED PROBATION:_

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $970.00, which Total Amount is made up of a Fine: $ 950.00; Special Assessment: $ 20.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule of $ 50.00 per month by the 1st of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

## _COMPLIANCE:_

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:   Date:
                                                      Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance:  Defendant did not comply with <u>all</u> conditions of probation as he failed to make payments of $50 each month by or before the 1st day of that month. However, defendant did pay the remainder of his fine the day after his status report was due, so he is now in compliance in regards to thepayment of the total amount due.

Government Attorney:  /s/ Bayleigh J. Pettigrew

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/3/2015 at 10:00 a.m.

    ☐ be continued to      at 10:00 a.m.; or

    ☒ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  8/27/2015      */s/ Erin Snider*
    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing now set for October 15, 2015 be vacated and that the Court's order dated August 27, 2015 also be vacated.

☐ DENIED.

DATED: **Aug 28, 2015**

    **STANLEY A. BOONE**
    United States Magistrate Judge